RICHARD JUNIEL
FULL NAME

COMMITTED NAME (if different)

CALIPATRIA STATE PRISON
FULL ADDRESS INCLUDING NAME OF INSTITUTION

P.O. BOX 5006

CALIPATRIA, CA 92233
PRISON NUMBER (if applicable)

V-18808

FILED

AUG 2 0 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

RICHARD JUNIEL

PLAINTIFF,

J. CLAUSEN,
A. RANDOLPH,                    v.

DEFENDANT(S).

CASE NUMBER 1: 1 8 CV  0 1 1 1 8  GSA  C
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

RECEIVED

AUG 20 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes    ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes    ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☐ Yes    ☑ No

   If your answer is no, explain why not ADMINISTRATIVE STAFF HAVE DELIBERATELY INTENTIONALLY DELAYED ANY RESPONSE OR ACTION ON THIS MATTER.

4. Please attach copies of papers related to the grievance procedure. (PLEASE SEE EXIBIT A ATTACHED)

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff RICHARD JUNIEL
(print plaintiff's name)

who presently resides at CALIPATRIA STATE PRISON .
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
CORCORAN STATE PRISON, CORCORAN, CALIFORNIA
(institution/city where violation occurred)

on (date or dates) __8/18/2017__  __9/13/207__ _____ . _____.
                         (Claim I)            (Claim II,                              (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than
        five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant   __J. CLAUSEN__ _____ resides or works at
                 (full name of first defendant)
                 __CORCORAN STATE PRISON__ _____
                 (full address of first defendant)
                 __CORRECTIONAL OFFICER__ _____
                 (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

     Explain how this defendant was acting under color of law:
     THIS DEFENDANT MALICIOUSLY, AND SADISTICALLY INTENDED
     TO INFLICT HARM AND SERIOUS BODILY INJURY WHILE ON DUTY.

2.   Defendant   __A. RANDOLPH__ _____ resides or works at
                 (full name of first defendant)
                 __CORCORAN STATE PRISON__ _____
                 (full address of first defendant)
                 __CORRECTIONAL LIEUTENANT__ _____
                 (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

     Explain how this defendant was acting under color of law:
     THIS DEFENDANT ATTEMPTED TO INTIMIDATE AND THREATEN
     ME BY SEARCHING MY CELL AND CONFISCATING PROPERTY.

3.   Defendant   _____ resides or works at
                 (full name of first defendant)
                 _____
                 (full address of first defendant)
                 _____
                 (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

     Explain how this defendant was acting under color of law:
     _____
     _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

## D. CLAIMS*

CLAIM I

The following civil right has been violated:

EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

ON AUGUST 18th, 2017, WHILE I WAS AN INMATE HOUSED AT CORCORAN STATE PRISON ON FACILITY C, AN INCIDENT OCCURED ON THE RECREATION YARD AND SUBSEQUENTLY ALL INMATES WERE PRONED ON THEIR STOMACH'S AND HANDCUFFED. THE HANDCUFF'S WERE PLACED ON ME INCORRECTLY AND EXCESSIVELY TIGHT, CAUSING ME IMMEDIATE DISCOMFORT. I ASKED SEVERAL CORRECTIONAL OFFICERS FOR OVER TWO HOURS (WHILE STILL PRONE POSITIONED ON THE RECREATIONAL YARD GROUND) TO PLEASE ADJUST MY HANDCUFF'S THAT WERE ON MY WRIST IMPROPERLY, TO NO AVAIL. AFTER TWO HOURS UNDER THESE CIRCUMSTANCES, I BEGAN TO STAND TO MY FEET AND ASK FOR MEDICAL ATTENTION. AS I STOOD TO MY FEET, OFFICER J. CLAUSEN WALKED QUICKLY IN MY DIRECTION WITH HIS 40MM LAUNCHER AIMED AT MY CHEST AND SHOUTED "HEY". FROM 30-40 FEET

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline

PAGE 5(A) - SUPPORTING FACTS CONTINUED:

AWAY, OFFICER J. CLAUSEN AIMED HIS 40MM LAUNCHER AT MY GROIN AND FIRED ONE(1) DIRECT IMPACT ROUND ON MY PENIS WHILE I WAS STILL HANDCUFFED. I IMMEDIATELY FELL TO THE GROUND. DUE TO THE EXTENT OF MY INJURIES SUSTAINED, I WAS TOOKED TO MERCY HOSPITAL IN AN AMBULANCE. I WAS EVALUATED BY SEVERAL INJURY SPECIALIST WHO CONCLUDED I HAD SUSTAINED PERMANENT PENILE', TESTICAL DAMAGE. ON AUGUST 22, 2017, I FILED A CDCR 602/STAFF COMPLAINT AGAINST CORRECTIONAL OFFICER J. CLAUSEN.

ON SEPTEMBER 13, 2017, CORRECTIONAL LIEUTENANT A. RANDOLPH CAME TO ASSIGNED HOUSING UNIT CELL WITH CORRECTIONAL OFFICER VELA AND CORRECTIONAL OFFICER NAVARRO. LIEUTENANT A. RANDOLPH ASKED ME AGGRESSIVELY TO STEP OUT OF MY ASSIGNED HOUSING UNIT CELL. DUE TO CONCERN FOR MY PERSONAL SAFETY, I ASKED RANDOLPH WHAT WAS GOING ON. RANDOLPH STATED THAT IF I DID NOT STEP OUT OF THE CELL IMMEDIATELY HE WOULD PLACE ME BACK IN HANDCUFFS, INTO A HOLDING CAGE IN THE PROGRAM OFFICE, AND MAKE SURE I WAS HELD THERE FOR THE ENTIRE SECOND AND THIRD WATCH SHIFTS. I EXITED THE CELL AND WAS PLACED INSIDE OF A LOCKED SHOWER STALL. LIEUTENANT RANDOLPH SEARCHED MY CELL FOR 45 MINUTES, THEN APPROACHED ME IN THE SHOWER STALL WITH A BOX WITH MY PERSONAL PROPERTY INSIDE. RANDOLPH ORDERED ME TO REMOVE MY CLOTHES FOR AN UNCLOTHED BODY STRIP SEARCH, I COMPLIED. RANDOLPH ORDERD ME TO BEND OVER, SPREAD MY BUTTOCKS APART AND COMPELLED ME TO REMAIN IN THAT POSITION FOR AN EXTENDED AMOUNT OF TIME. RANDOLPH THEN STATED TO ME THAT "YOU CANT BE FILING SHIT AGAINST MY UNION REPS", RANDOLPH WAS REFERING TO OFFICER J. CLAUSEN AND THE

PAGE 5(B) - SUPPORTING FACTS CONTINUED:

FACT THAT I HAD SUBMITTED A STAFF COMPLAINT. I ASKED LIEUTENANT RANDOLPH WHY HE WAS "TRIPPING" WITH ME. RANDOLPH SAID HE WAS NOT TRIPPING WITH ME YET, AND IF HE WAS HE WOULD HAVE THE OFFICER IN THE OBSERVATION CONTROL TOWER "SHOOT MY ASS". ON SEPTEMBER 13, 2017, I SUBMITTED A CDCR 602 / STAFF COMPLAINT REGARDING THIS INCIDENT. THE ADMINISTRATIVE APPELLATE REMEDIES WERE EXHAUSTED AT DIRECTORS LEVEL OF REVIEW ON FEBRUARY 12, 2018.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

$500,000-, FIVE-HUNDRED THOUSAND DOLLARS, DECLARATORY RELIEF.

JULY 10, 2018
_(Date)_

_(Signature of Plaintiff)_

# Exhibit



## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE JUNIEL, V18808                              Date: August 23, 2017
Current Housing: 03C005 2235001L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CSPC-4-17-04325

ASSIGNED STAFF REVIEWER: AW HIGH SECURITY
APPEAL ISSUE: STAFF COMPLAINTS
DUE DATE: 10/05/2017

Inmate JUNIEL, this acts as a notice to you that your appeal has been sent to the above staff for SECOND level response. If you have any questions, contact the above staff member. If dissatisfied, you have 30 days from the receipt of the response to forward your appeal for THIRD level review. Third level appeals are to be mailed directly to:

> Chief of Inmate Appeals
> Department of Corrections
> P. O. Box 942883
> Sacramento, CA  94283-0001

☐   M. Oliveira, CCII Appeals Coordinator
☐   M. Ledezma, AGPA
☐   D. Goree Jr, CCII
Appeals Coordinator
Corcoran State Prison

# Memorandum



Date  :  October 13, 2017

To  :  JUNIEL, V18808
03C005 2235001L

Log Number: CSPC-4-17-04325

Subject:  **EXCEPTIONAL DELAY IN REVIEW OF APPEAL**

This is to notify you that the due date on the above referenced appeal has been extended for the following reason:

☐  Unavailability of the appellant, or staff or inmate witness.

☒  Complexity of the decision, action, or policy.

☐  Necessary involvement of other agencies or jurisdictions.

This notification is required per California Code of Regulations, Section 3084.8(e).  The new estimated completion date is <u>November 13, 2017</u>.

☐  M. Oliveira, CCII Appeals Coordinator
☐  D. Goree Jr, CCII Appeals Coordinator
California State Prison-Corcoran

State of California

Department of Corrections and Rehabilitation
Corcoran State Prison

# Memorandum

Date    :    November 9, 2017

To      :    JUNIEL, V18808
             03C005 2235001L

             Log Number: CSPC-4-17-04325

Subject:    **EXCEPTIONAL DELAY IN REVIEW OF APPEAL**

This is to notify you that the due date on the above referenced appeal has been extended for the following reason:

☐ Unavailability of the appellant, or staff or inmate witness.

☒ Complexity of the decision, action, or policy.

☐ Necessary involvement of other agencies or jurisdictions.

This notification is required per California Code of Regulations, Section 3084.8(e).  The new estimated completion date is <u>December 22, 2017</u>.

☐   M. Oliveira, CC1l Appeals Coordinator
☐   D. Goree Jr, CCII Appeals Coordinator
     California State Prison-Corcoran

# Memorandum

Date    :    December 21, 2017

To    :    JUNIEL, V18808
            03C005 2235001L


            Log Number: CSPC-4-17-04325


Subject:    **EXCEPTIONAL DELAY IN REVIEW OF APPEAL**


This is to notify you that the due date on the above referenced appeal has been extended for the following reason:

☐  Unavailability of the appellant, or staff or inmate witness.

☒  Complexity of the decision, action, or policy.

☐  Necessary involvement of other agencies or jurisdictions.


This notification is required per California Code of Regulations, Section 3084.8(e). The new estimated completion date is <u>February 7, 2018</u>.


☐  M. Oliveira, CCII Appeals Coordinator
☐  D. Goree Jr, CCII Appeals Coordinator
    California State Prison-Corcoran



Corcoran State Prison



# Memorandum

Date : February 7, 2018

To : JUNIEL, V18808
04AA4LA2018001L


Log Number: CSPC-4-17-04325


Subject: **EXCEPTIONAL DELAY IN REVIEW OF APPEAL**


This is to notify you that the due date on the above referenced appeal has been extended for the following reason:

☐ Unavailability of the appellant, or staff or inmate witness.

☒ Complexity of the decision, action, or policy.

☐ Necessary involvement of other agencies or jurisdictions.


This notification is required per California Code of Regulations, Section 3084.8(e). The new estimated completion date is <u>March 22, 2018</u>.


☐ M. Oliveira, CCII Appeals Coordinator
☐ T. Galaviz, CCII Appeals Coordinator (A)
☐ D. Goree Jr, CCII Appeals Coordinator
California State Prison-Corcoran

1/M @ CAL

# Memorandum



Date : May 3, 2018

To : JUNIEL, V18808
C 002 1112001L

Log Number: CSPC-4-17-04325

Subject: **EXCEPTIONAL DELAY IN REVIEW OF APPEAL**

This is to notify you that the due date on the above referenced appeal has been extended for the following reason:

☐ Unavailability of the appellant, or staff or inmate witness.

☒ Complexity of the decision, action, or policy.

☐ Necessary involvement of other agencies or jurisdictions.

This notification is required per California Code of Regulations, Section 3084.8(e). The new estimated completion date is <u>June 14, 2018</u>.

☐ M. Oliveira, CCII Appeals Coordinator
☐ T. Galaviz, CCII Appeals Coordinator (A)
☐ D. Goree Jr, CCII Appeals Coordinator
California State Prison-Corcoran

*I/M D CAL*

Corcoran State Prison



# Memorandum

Date  :   June 14, 2018

To    :   JUNIEL, V18808
          C  002 1112001L

          Log Number: CSPC-4-17-04325

Subject:   **EXCEPTIONAL DELAY IN REVIEW OF APPEAL**

This is to notify you that the due date on the above referenced appeal has been extended for the following reason:

☐  Unavailability of the appellant, or staff or inmate witness.

☒  Complexity of the decision, action, or policy.

☐  Necessary involvement of other agencies or jurisdictions.

This notification is required per California Code of Regulations, Section 3084.8(e).  The new estimated completion date is <u>July 27, 2018</u>.

☐  M. Oliveira, CCII Appeals Coordinator
☐  T. Galaviz, CCII Appeals Coordinator (A)
☐  D. Goree Jr, CCII Appeals Coordinator
     California State Prison-Corcoran

IM Ⓑ CAL

State of California                                    Department of Corrections and Rehabilitation
                                                                   Corcoran State Prison

# Memorandum



Date   :   July 27, 2018


To     :   JUNIEL, V18808
           C  002 1112001L


           Log Number: CSPC-4-17-04325


Subject:   **EXCEPTIONAL DELAY IN REVIEW OF APPEAL**


This is to notify you that the due date on the above referenced appeal has been extended for the following reason:

☐  Unavailability of the appellant, or staff or inmate witness.

☒  Complexity of the decision, action, or policy.

☐  Necessary involvement of other agencies or jurisdictions.


This notification is required per California Code of Regulations, Section 3084.8(e).  The new estimated completion date is <u>September 7, 2018</u>.


☐   M. Oliveira, CCII Appeals Coordinator
☐   T. Galaviz, CCII Appeals Coordinator (A)
☐   D. Goree Jr, CCII Appeals Coordinator
     California State Prison-Corcoran