# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JUNIEL,<br><br>        Plaintiff,<br><br>    v.<br><br>J. CLAUSEN, et al.,<br><br>        Defendants. | 1:18-cv-01118-LJO-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 20.)**<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF**<br>**(ECF No. 16.)** |

      Richard Juniel ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On October 17, 2019, findings and recommendations were entered, recommending that Plaintiff's request for preliminary injunctive relief, filed on August 29, 2019, be denied. (ECF No. 20.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) The time for filing objections has now expired, and Plaintiff has not filed objections or responded otherwise to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The findings and recommendations issued by the Magistrate Judge on October 17, 2019, are ADOPTED IN FULL; and
2. Plaintiff's request for preliminary injunctive relief, filed on August 29, 2019, is DENIED.

IT IS SO ORDERED.

Dated: **November 14, 2019**        /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE