# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JUNIEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. CLAUSEN, et al.,<br><br>　　　　　Defendants. | 1:18-cv-01118-NONE-GSA-PC<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO COMPEL AND REQUEST FOR EXPENSES**<br><br>**(ECF No. 26.)**<br><br>**THIRTY-DAY DEADLINE FOR PLAINTIFF TO FILE RESPONSE** |

　　　　On February 26, 2020, defendants Clausen and Randolph filed a motion to compel Plaintiff's deposition testimony and request for reasonable expenses. (ECF No. 26.) Plaintiff was required to file an opposition, or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(*l*).

　　　　Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file either an opposition or a statement of non-opposition to Defendants' motion to compel and request for expenses. If Plaintiff fails to comply with this order, the court shall recommend that this action be dismissed for Plaintiff's failure to obey the court's order.

IT IS SO ORDERED.

　　Dated:　**June 27, 2020**　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE