# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JUNIEL,<br><br>        Plaintiff,<br><br>    v.<br><br>CLAUSEN, et al.,<br><br>        Defendants. | 1:18-cv-01118-NONE-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO SUPPLEMENT RESPONSE TO MOTION TO COMPEL**<br>**(ECF No. 34.)** |

      Richard Juniel ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on August 20, 2018. (ECF No. 1.) The case now proceeds with the original Complaint against defendant Correctional Officer (C/O) J. Clausen for use of excessive force, and against defendant Lieutenant (Lt.) A. Randolph for retaliation.

      On September 16, 2020, Plaintiff filed a motion to supplement his response to Defendants' motion to compel. (ECF No. 34.) Plaintiff's motion is moot. Plaintiff filed a response to the motion to compel on July 23, 2020, and the motion to compel was granted on August 11, 2020. Therefore, the motion to compel is resolved and Plaintiff shall not be granted leave to supplement his response at this late stage of the proceedings.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to supplement his response to Defendants' motion to compel, filed on September 16, 2020, is denied as moot.

IT IS SO ORDERED.

Dated:  **February 2, 2021**                    **/s/ Gary S. Austin**
                                                               UNITED STATES MAGISTRATE JUDGE