1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11

12

13

14

15

16

| | |
|---|---|
| RICHARD JUNIEL,<br><br>        Plaintiff,<br><br>        v.<br><br>CLAUSEN, et al.,<br><br>        Defendants. | **1:18-cv-01118-NONE-GSA-PC**<br><br>**ORDER GIVING FULL EFFECT TO STIPULATION TO DISMISS CASE, WITH PREJUDICE, UNDER RULE 41**<br>**(ECF No. 46.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

17          Richard Juniel ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis*

18   with this civil rights action pursuant to 42 U.S.C. § 1983.   Plaintiff filed the Complaint

19   commencing this action on August 20, 2018.  (ECF No. 1.)  The case now proceeds with the

20   original Complaint against defendant Correctional Officer J. Clausen for use of excessive force,

21   and against defendant Lieutenant A. Randolph for retaliation.

22          On October 12, 2021, a stipulation for voluntary dismissal with prejudice was filed with

23   the Court containing the signatures of Plaintiff and Counsel for Defendants Clausen and

24   Randolph.  (ECF No. 46.)  The stipulation states that Plaintiff Richard Juniel and Defendants J.

25   Clausen and A. Randolph have resolved this case in its entirety and therefore stipulate to a

26   dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

27          Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows plaintiffs to "dismiss an action

28   without a court order by filing a stipulation of dismissal signed by all parties who have appeared."

The stipulation filed on October 12, 2021 is signed by all parties who have appeared in this case. Therefore, the parties' stipulation is given full force and effect, and this case is dismissed with prejudice.  The Clerk shall close the case.

        Accordingly, IT IS HEREBY ORDERED that:

1.      The parties' stipulation for voluntary dismissal of this action with prejudice is effective as of the date it was filed;

2.      This case is DISMISSED WITH PREJUDICE under Rule 41; and

3.      The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 13, 2021**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE